IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TIMOTHY M. LAWHORN,<br><br>Defendant, | MC 04-01-M<br><br>ORDER |

The United States has filed a Motion for Order Renewing Judgment Lien. (Doc. 3). Accordingly, and good cause appearing,

IT IS HEREBY ORDERED that the United States' motion is GRANTED and the judgment lien is renewed in accordance with the Federal Debt Collection Procedures Act and 28 U.S.C. § 3201(c).

DATED this 1st day of February, 2024.

_____
Kathleen L. DeSoto
United States Magistrate Judge

1